UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT KUMAR,<br><br>                    Petitioner,<br><br>         v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>                    Respondents. | Case No. 5:26-cv-00297-ODW-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Petitioner's petition for writ of habeas corpus (ECF 1) is denied as moot without prejudice.

DATED: April 15, 2025

_____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE